**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 13-1475

CATHERINE GIERBOLINI,

Plaintiff – Appellant,

v.

BOARD OF DIRECTORS SCIENCE APPLICATION INTERNATIONAL CORPORATION, John P. Thumper; K. Stuart Shea; Mark W. Sopp; Thomas G. Baybrook, Joseph W. Carver, III; Anthony J. Maraco; Deborah Lee James; Amy E. Alving; Laura Kennedy; James E. Cuff; Brian F. Keenan; Vincent A. Maffeo,

Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Leonie M. Brinkema, District Judge. (1:13-00103-LMB-IDD)

Submitted: May 23, 2013

Decided:  May 28, 2013

Before MOTZ and AGEE, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Catherine Gierbolini, Appellant Pro Se. Edward Lee Isler, Lori Hunt Turner, ISLER, DARE, RAY, RADCLIFFE & CONNOLLY, PC, Vienna, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Catherine Gierbolini appeals the district court's order dismissing her civil action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Gierbolini v. Bd. of Dir. Sci. Application Int'l Corp., No. 1:13-cv-00103-LMB-IDD (E.D. Va. Mar. 15, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

2